IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT NEVILLE,

    Plaintiff,

v.                                      CASE NO.: 1:12cv159-SPM/GRJ

WILLIAMS CERVONE,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

    This cause comes before the Court upon Magistrate Judge's report and recommendation (doc. 7) dated August 3, 2012. A copy of the report and recommendation was sent to the address provided by Robert Neville. However, this copy was returned because the address was not deliverable. The copy was also unable to be forwarded to a proper address. Plaintiff has filed no objections.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the Report and Recommendation is correct and should be adopted. Accordingly, it is

    ORDERED AND ADJUDGED:

    1.    The Magistrate Judge's report and recommendation (doc. 7) is adopted and incorporated by reference in this order.

2.	The motion to leave to proceed in forma pauperis (doc. 6) is granted for the limited purposes of screening this case.

3.	This case is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I). This dismissal will operate as a "strike" pursuant to 28 U.S.C. § 1915(g).

4.	No further filings of any kind will be accepted from Plaintiff until the $3,380.00 sanction in Case No. 1:06-cv-199-MP-AK is paid, at least in part.

DONE AND ORDERED this 19th day of September, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge